No. 95–9349. HALL v. BROWNING, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–9350. MARION v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 95–9352. LaRUE v. BLODGETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–9353. LUSTY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–9354. McFADDEN v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 95–9355. KIEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–9356. MARTIN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–9357. IRVING v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9358. MAGOON v. TURNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9359. JONES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–9360. LUNA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–9362. MONTOYA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9364. AGUILAR v. NEW MEXICO. Dist. Ct. N. M., Bernalillo County. Certiorari denied.

No. 95–9367. CASPER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.